**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JUSTIN MCPHAIL**                                                        **PETITIONER**

**v.**                                                    **NO. 4:18-CV-116-DMB-RP**

**GRENADA COUNTY SHERIFF, et al.**                                       **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Order entered this day, Justin McPhail's petition for a writ of habeas corpus is **DISMISSED** as procedurally defaulted or alternatively, for failure to exhaust state remedies. A certificate of appealability is **DENIED**.

**SO ORDERED**, this 27th day of March, 2020.

                                                    **/s/Debra M Brown**
                                                    **UNITED STATES DISTRICT JUDGE**